# KRIEGER KIM & LEWIN LLP

350 Fifth Avenue, 77th Floor  
New York, NY 10118

Telephone: (212) 390-9550  
www.KKLllp.com

October 11, 2023

By ECF

**MEMO ENDORSED**

Hon. Sidney H. Stein  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

      Re:     *United States v. Menendez et. al*, 23 Cr. 490 (SHS)

Dear Judge Stein:

      We write on behalf of our client, Jose Uribe, and with the consent of the government, to respectfully request an extension of time within which Mr. Uribe must satisfy one remaining condition of his bail. On September 27, 2023, Magistrate Judge Ona T. Wang released Mr. Uribe on, *inter alia*, a $1,000,000 personal recognizance bond secured by Mr. Uribe's personal residence located in Clifton, New Jersey. *See* ECF No. 26. We respectfully request an additional one week – from October 11, 2023 to October 18, 2023 – to perfect the security. We have contacted Pretrial Services regarding this request; they have represented that they do not take a position on this type of request. This is our first request for an extension of time.

      Respectfully submitted,  
      KRIEGER KIM & LEWIN LLP

By: /s/ Nicholas J. Lewin  
      Nicholas J. Lewin

cc by ECF: All counsel of record

**Defendant's request to extend his time to October 18, 2023 to satisfy a bail condition is granted.**

**Dated: New York, New York**  
      **October 11, 2023**

SO ORDERED:

/s/ Sidney H. Stein  
Sidney H. Stein, U.S.D.J.