UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROBERT MENENDEZ, NADINE MENENDEZ, WAEL HANA, JOSE URIBE, and FRED DAIBES,

Defendants.

23-Cr-490 (SHS)

ORDER

---

SIDNEY H. STEIN, U.S. District Judge.

As discussed at the classified and *ex parte* hearing pursuant to Section 2 of the Classified Information Procedures Act,

IT IS HEREBY ORDERED that the Government produce their classified and *ex parte* motion pursuant to Section 4 of the Classified Information Procedures Act on or before February 9, 2024.

Dated: New York, New York
       October 25, 2023

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.