UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  23-Cr-490 (SHS)

-v-  :  ORDER

ROBERT MENENDEZ, ET AL.  :

Defendant.  :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

This Order does not pertain to *ex parte* applications.

If any party believes a document must be filed under seal, that party is directed to email the document to SteinNYSDChambers@nysd.uscourts.gov. The Court will then file the document under seal.

The party making the submission is directed to promptly discuss with counsel for the other parties whether the document may be publicly filed, with or without redactions  Within five days of submitting the document to the Court, the party is directed to (1) file the document or the redacted document on the public record, should there be agreement among the parties to do so, and (2) set forth the basis in a letter emailed to the Court at the above address for filing under seal the document or portions of the document that have been redacted from the public record. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).

It is presumed that material that pertains to grand jury proceedings, involves an ongoing investigation by the government, or that must be redacted pursuant to Section 21 of the SDNY ECF rules or Fed. R. Cr. P. 49.1 may be redacted.

Dated: New York, New York
       January 30, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.