UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **NOTICE OF APPEARANCE AND REQUEST** |
| v. | ) | **FOR ELECTRONIC NOTIFICATION** |
| | ) | **S4 23 Cr. 490 (SHS)** |
| Robert Menendez, Nadine Menendez, a/k/a | ) | |
| "Nadine Arslanian," Wael Hana, a/k/a | ) | |
| "Will Hana," and Fred Daibes, | ) | |
| | ) | |
| Defendants. | ) | |

TO:   Clerk of Court
   United States District Court
   Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

   Respectfully submitted,

   DAMIAN WILLIAMS
   United States Attorney for the
   Southern District of New York

   by:   Catherine Ghosh
      Catherine Ghosh
      Assistant United States Attorney
      (212) 637-1114

TO:   All counsel (via ECF)