

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 17, 2024

**By ECF**

# MEMO ENDORSED

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Robert Menendez, et al.,*
            S4 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully writes on behalf of the parties to request a one-week extension of the deadline to submit proposed jury instructions from April 17 until April 24, 2024. The parties have exchanged draft proposals and comments, but believe additional time is needed to confer in order to narrow the areas of potential dispute for the Court's consideration.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

                        By:    <u>s/ Catherine Ghosh</u>
                                Eli J. Mark
                                Paul M. Monteleoni
                                Lara Pomerantz
cc:    (by ECF)                  Daniel C. Richenthal
                                Catherine Ghosh
        Counsel of Record      Assistant United States Attorneys
                                (212) 637-2431/2219/2343/2109/1114

**The deadline to file proposed jury instructions is extended to April 24, 2024.**

Dated: New York, New York
         April 18, 2024                    SO ORDERED:

                                                */s/ Sidney H. Stein*
                                        Sidney H. Stein, U.S.D.J.