UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br><br>ROBERT MENENDEZ, ET AL.,<br><br>Defendants. | No. 23 Cr. 490 (SHS)<br><br>**NOTICE OF FRED DAIBES'S MOTION FOR ACQUITTAL OR FOR A NEW TRIAL** |

Please take notice that upon the accompanying memorandum of law dated August 19, 2024, and all prior proceedings held herein, defendant Fred Daibes moves before the Honorable Sidney H. Stein, United States District Judge, at the United States Courthouse for the Southern District of New York, for an order vacating Mr. Daibes's conviction and entering a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29, or in the alternative, ordering a new trial pursuant to Federal Rule of Criminal Procedure 33, and such other and further relief as the Court may deem just and proper.

Dated:  New York, New York
August 19, 2024

                                                                                   /s/
César de Castro
Valerie A. Gotlib
Shannon McManus
Seth Agata
The Law Firm of César de Castro P.C.
111 Fulton Street – 602
New York, NY 10038
(631) 460-3951
cdecastro@cdecastrolaw.com
vgotlib@cdecastrolaw.com
smcmanus@cdecastrolaw.com
sagata@cdecastrolaw.com

*Attorneys for Defendant Fred Daibes*

cc:  all counsel of record (*via* ECF)