

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 10, 2024

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jose Uribe*,
             S3 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully writes in the above-captioned matter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for October 29, 2024 be adjourned to a date and time convenient to the Court in or after April 2025 in light of the current status of related proceedings and the anticipated timeline of their resolution.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney

            By:    s/ Lara Pomerantz
                   Eli J. Mark
                   Daniel C. Richenthal
                   Paul M. Monteleoni
                   Lara Pomerantz
                   Catherine E. Ghosh
                   Assistant United States Attorneys
                   (212) 637-2431/2109/2219/2343/1114
                   Christina A. Clark
                   Special Assistant United States Attorney
                   (202) 307-5191

Honorable Sidney H. Stein
September 10, 2024
Page 2


cc:     (by ECF)

        Counsel of Record