

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 10, 2024

**By ECF**

**MEMO ENDORSED**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jose Uribe*,
              S3 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully writes in the above-captioned matter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for October 29, 2024 be adjourned to a date and time convenient to the Court in or after April 2025 in light of the current status of related proceedings and the anticipated timeline of their resolution.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

By:    <u>s/ Lara Pomerantz</u>
       Eli J. Mark
       Daniel C. Richenthal
       Paul M. Monteleoni
       Lara Pomerantz
       Catherine E. Ghosh
       Assistant United States Attorneys
       (212) 637-2431/2109/2219/2343/1114
       Christina A. Clark
       Special Assistant United States Attorney
       (202) 307-5191

Honorable Sidney H. Stein
September 10, 2024
Page 2

cc:    (by ECF)

   Counsel of Record

The sentencing is adjourned to April 24, 2025, at 2:30 p.m. The defense submission is due by April 3, the government submission is due by April 10, 2025.

Dated: New York, New York
    September 16, 2024

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.