UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ROBERT MENENDEZ et al.,

        Defendants.

Case No. S4 23-cr-490 (SHS)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the declaration of Avi Weitzman, Esq., dated November 27, 2024, the exhibits attached thereto, the declaration of Henry S. Finkelstein, dated November 27, 2024, and the accompanying Memorandum of Law, Defendant Robert Menendez ("Senator Menendez"), through his undersigned attorneys, respectfully moves this Court, before the Honorable Sidney H. Stein, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date and time to be designated by the Court, for an Order granting Defendant's Supplemental Motion for Vacatur and a New Trial pursuant to Federal Rule of Criminal Procedure 33, or, at minimum, ordering discovery and an evidentiary hearing to determine the scope of the government's propriety and the prejudice caused to Senator Menendez.

PLEASE TAKE FURTHER NOTICE that, by Order of the Court (ECF No. 634), any response shall be filed by December 6, 2024, and any reply shall be filed by 5:00 pm on December 10, 2024.

Dated: November 27, 2024                    Respectfully submitted,


                                            By: /s/  Adam Fee
                                                _____

Yaakov M. Roth, *pro hac vice*                  Adam Fee
JONES DAY                                       PAUL HASTINGS LLP
51 Louisiana Avenue N.W.                        1999 Avenue of the Stars
Washington, D.C. 20001                          Los Angeles, CA 90067
Telephone: (202) 879-3939                       Telephone: 1(310) 620-5719
Facsimile: (202) 626-1700                       Facsimile: 1(310) 620-5819

                                                Avi Weitzman
                                                Paul C. Gross
                                                PAUL HASTINGS LLP
                                                200 Park Avenue
                                                New York, NY 10166
                                                Telephone: 1(212) 318-6000
                                                Facsimile: 1(212) 725-3620


                                                *Attorneys for Defendant Robert Menendez*