UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROBERT MENENDEZ et al.,<br><br>Defendants. | Case No. S4 23-cr-490 (SHS) |

**DECLARATION OF YAAKOV M. ROTH IN SUPPORT OF**
**MOTION TO WITHDRAW AS COUNSEL FO RECORD**

I, Yaakov M. Roth, hereby declare pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am a partner at the law firm of Jones Day and admitted *pro hac vice* to practice before this Court. I respectfully submit this Declaration pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4(b) in support of my accompanying Motion to Withdraw as Counsel of Record for Defendant Robert Menendez in this matter.

2. Adam Fee, Avi Weitzman, and Paul C. Gross of Paul Hastings LLP have entered appearances in this matter, have represented Senator Menendez through all proceedings including trial, and will remain counsel of record for Senator Menendez.

3. Given the late stage of this proceeding, and the availability of counsel from Paul Hastings LLP as noted above, my withdrawal will not delay this action or prejudice Senator Menendez.

4. Senator Menendez has consented to this withdrawal.

5. Jones Day is not asserting a retaining or charging lien.

6. Pursuant to Local Civil Rule 1.4(b), a copy of this application is being served upon Senator Menendez and all other parties.

1

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: February 20, 2025<br>Washington, D.C. | By: /s/ *Yaakov M. Roth*<br>Yaakov M. Roth (*pro hac vice*)<br>JONES DAY<br>51 Louisiana Avenue N.W.<br>Washington, D.C. 20001<br>Telephone: (202) 879-3939<br>Facsimile: (202) 626-1700 |