

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 9, 2025

**By ECF**

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Jose Uribe,*
                S3 23 Cr. 490 (SHS)

Dear Judge Stein:

    The Government respectfully writes in the above-captioned matter to request, with the consent of the defendant, that the sentencing proceeding presently scheduled for September 4, 2025, be adjourned to a date and time convenient to the Court the week of September 29, 2025, in light of the current status of related proceedings and the anticipated timeline of their resolution.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:    s/ Lara Pomerantz
        Eli J. Mark
        Daniel C. Richenthal
        Paul M. Monteleoni
        Lara Pomerantz
        Catherine Ghosh
        Assistant United States Attorneys
        (212) 637-2431/2109/2219/2343/1114
        Christina A. Clark
        Special Assistant United States Attorney
        (202) 307-5191

**The sentencing is adjourned to October 9, 2025, at 11:30 a.m. The defense submission is due by September 25, the government submission is due by October 2, 2025.**

Dated: New York, New York
          June 9, 2025

SO ORDERED:

*/s/ Sidney H. Stein*
Sidney H. Stein, U.S.D.J.