UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

JOSE URIBE

**Consent
Order of Restitution**

S3 23 Cr. 490 (SHS)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Eli J. Mark, Paul M. Monteleoni, Lara Pomerantz, Daniel C. Richenthal, and Catherine Ghosh, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Count Six of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

JOSE URIBE, the defendant, shall pay restitution in the total amount of $866,947 to the Internal Revenue Service ("IRS"), pursuant to 18 U.S.C. §§ 3663, 3663A, and 3664. Upon advice by the United States Attorney's Office of a change of address of the IRS, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due immediately; however, in the interest of justice, restitution will be payable in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The

2025.02.20

defendant will commence monthly installment payments of least 15 percent of the defendant's gross income, payable on the first of each month, ~~except that while the defendant serves a term of imprisonment, the required installment payments may be made through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Program (IFRP), subject to 18 U.S.C. § 3664(n)~~. /SHS/

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

Because a victim is the IRS, the Clerk's Office shall forward all restitution payments to the below address within 30 days of receiving said payments from the defendant:

IRS - RACS
Attn: Mail Stop 6261, Restitution
333 W. Pershing Ave.
Kansas City, MO 64108

4. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any

material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

5. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:
JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____    10/8/2025
Eli J. Mark                              DATE
Paul M. Monteleoni
Lara Pomerantz
Daniel C. Richenthal
Catherine Ghosh
Tel.: (212) 637-2431/2219/2343/2109/1114

JOSE URIBE

By: _____    10/3/2025
Jose Uribe                               DATE

By: _____    10/6/2025
Daniel J. Fetterman, Esq.                DATE
1633 Broadway
New York, NY 10019

SO ORDERED:

_____    October 9, 2025
HONORABLE SIDNEY H. STEIN         DATE
UNITED STATES DISTRICT JUDGE

2025.02.20                              3