UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
    UNITED STATES OF AMERICA      :
                                                 :    Case No. 1:23-cr-490 (SHS)
         v.                                :
    JOSE D. URIBE,                    :
               Defendant.          :
---------------------------------------------------------- x

**ORDER ON UNOPPOSED MOTION TO EXONERATE HIS BOND**

THIS COURT having considered Defendant Jose D. Uribe's Unopposed Motion to Exonerate His Bond, and there being no objection, for good cause shown hereby ORDERS:

The motion is granted. Because Mr. Uribe has been sentenced to time served and served his sentence, the personal recognizance bond executed by Mr. Uribe on September 27, 2023 (ECF No. 27) is hereby exonerated and satisfied. The Clerk of Court is ordered to take all steps necessary to release and unencumber Mr. Uribe's personal residence in Clifton, New Jersey that secured the Bond, including, without limitation if necessary, recording this Order or any other necessary documents to release the secured interest in the Clifton, New Jersey property.

ORDERED IN CHAMBERS this 24 day of November, 2025.

Hon. Sidney H. Stein
United States District Court Judge