UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
:
UNITED STATES OF AMERICA                          :
:    Case No. 1:23-cr-490 (SHS)
:
v.                                                :
:
:
JOSE D. URIBE,                                    :
:
Defendant.                              :
:
------------------------------------------------------------ x

## ORDER ON UNOPPOSED MOTION TO RELEASE PASSPORT

THIS COURT having considered Defendant Jose D. Uribe's Unopposed Motion to Release Passport, and there being no objection, for good cause shown hereby ORDERS:

The motion is granted. There is no further need for the U.S. Probation Pretrial Services Office for the Southern District of New York ("Pretrial Services") to retain the passport of Jose D. Uribe following his sentencing on October 9, 2025. Pretrial Services is hereby directed to release Mr. Uribe's passport and coordinate its return to him.

ORDERED IN CHAMBERS this 24 day of November, 2025.

_____
Hon. Sidney H. Stein
United States District Court Judge